In the Matter of the Claim of HENRIETTA NERTHLING, Respondent, against LEE F. DICKINSON and THE TRAVELERS INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for death benefits. The testimony sustains the finding of the State Industrial Board that there was causal relation between the injury and death. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of LEO DELARM, Respondent, against MALONE BRONZE POWDER WORKS and COAL MERCHANTS MUTUAL INSURANCE COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for twenty-one weeks' disability compensation covering the period from February 1, 1941, to June 28, 1941, with reimbursement to the employer of part of the aggregate amount awarded. It is the claim of the appellant that there was no advance payment of wages within the meaning of the Workmen's Compensation Law. The employer had immediate knowledge of the accident and was fully cognizant of claimant's complaints and symptoms of his injury. The evidence shows that there was advance payment of wages and compensation within the meaning of the Workmen's Compensation Law. The evidence supports the award appealed from. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of JOSEPH CURRY, Respondent, against PRUDENCE BONDS CORP. and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of disability benefits made by the State Industrial Board under the Workmen's Compensation Law. Claimant was struck on the head by a furnace poker on November 30, 1938. On April 8, 1939, he suffered a seizure and was taken to the Kings County Hospital where his condition was ultimately diagnosed as traumatic psychosis of the traumatic personality disorder type. The contention of the appellant is that there was no causal relation between his mental condition and the accident. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.